STATE OF NEW JERSEY v. THOMAS ANDERSON.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. JOHNSON.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PLAZE MEADOWS.

October 16, 1984.

Petition for certification denied.

CARLUCCIO & LISTON v. ACE–MANZO, INC.

October 16, 1984.

Petition for certification denied.